

MCC:JJB:kmm

22
Amo
2/1/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff

V.                 1:CV-00-1262
                  (Kane, J.)

JOSEPH P. LAGGAN and
HAZEL I. LAGGAN,
    Defendants

FILED
SCRANTON

JAN 3 1 2002

PER _____ DEPUTY CLERK

### DECLARATION

J. Justin Blewitt, Jr., Assistant United States Attorney, sets forth as of the date the praecipe for writ of execution was filed in this action, the following information concerning the real property identified in the attached legal description:

1. **NAME AND ADDRESS OF OWNER(S) OR REPUTED OWNERS(S):**

   JOSEPH P. LAGGAN and HAZEL I. LAGGAN
   R.R. 9, Box 9216
   Moscow, PA 18444

2. **NAMES AND ADDRESSES OF DEFENDANT(S) IN THE JUDGMENT**
   (if different from Owner(s) or Reputed Owner(s):

   n/a

3. **NAME AND LAST KNOWN ADDRESS OF EVERY PERSON WHO HAS A RECORD LIEN ON THE REAL PROPERTY TO BE SOLD** (if address cannot be reasonably ascertained, so state):

   Lackawanna County Tax Claim Bureau
   Lackawanna County Courthouse
   200 North Washington Street
   Scranton, PA 18503

Pennsylvania Power and Light Company
2 North Ninth Street
Allentown, PA 18101

Covington Township Sewer Authority
P.O. Box 266
Covington, PA 18444

4. **NAME AND ADDRESS OF EVERY OTHER PERSON OF WHOM PLAINTIFF HAS KNOWLEDGE WHO HAS ANY INTEREST IN THE PROPERTY WHICH MAY BE AFFECTED BY THE SALE** (if address cannot be reasonably ascertained, so state):

n/a

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney

KAREN M. MUSLOSKI
Paralegal Specialist

Dated: January 29, 2002

Beginning at a point on the Center Line of the Daleville-Moosic Highway leading from Daleville to Moosic and the property line of David Fell; thence along the property line of David Fell on a course North One (1) degree East five hundred twenty-five and eighty-two one hundredths (525.82) feet to an iron pin; thence on a course South forty-two (42) degrees East; Four hundred ninety-four and twenty one hundredths (494.20) feet to a point on the Center Line of the Daleville-Moosic Highway; thence along the Center Line of the above mentioned Highway, in a South-westerly direction, three hundred seventy-five (375.00) feet to the point of beginning. Containing two (2) acres more, or less.

Subject to the same conditions, covenants, exceptions, easements and reservations as are contained in deeds forming the chain of title.

Being the same premises conveyed to the mortgagers herein by John C. Uhl, Executor of the Last Will and Testament of Thomas G. Hofmeister, et al., by deed intended to be recorded prior to the recordation of this mortgage.

USA vs Laggan, Joseph & Hazel

1:CV-00-1262

AGFM