UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff

v.                  CIVIL NO. 00-1262

Joseph P. Laggan, Jr. and

Hazel I. Laggan

FILED
SCRANTON

MAR - 7 2002

    Defendants

PER_____
DEPUTY CLERK

SCHEDULE OF DISTRIBUTION

U. S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

6/8/01

Amount of cash received . . . . . . . . . . . . . . . $ 2,150.00

Balance due from purchaser. . . . . . . . . . . . . $ 19,350.00

Costs billed to the United States Government. . . $ 1,422.11

    Amount bid by: John Orlowsky . . . $ 21,500.00

TO BE DISTRIBUTED AS FOLLOWS:

U. S. Marshal Costs:

    Notice of Sale . . . . . . . . . . . . . . . . . $ 20.00

    Service of Summons and Complaint . . . . . . . $ _____

    Service of Writ of Execution and Posting . . $ 144.30

    Costs for selling property . . . . . . . . . . $ 98.76

    Marshals Commission. . . . . . . . . . . . . . $ _____

    Notice to Lienholders. . . . . . . . . . . . . $ 40.00

U.S. ATTORNEY COSTS:

    Docket Fee . . . . . . . . . . . . . . . . . . $ 150.00

    Filing Judgment. . . . . . . . . . . . . . . . $ 26.00

    Bringdown Search . . . . . . . . . . . . . . . $ 140.00

ADVERTISING

    The Scranton Times, Scranton, PA . . . . . . . . . . $_____

    February 8, 15 & 22, 2002 . . . . . . . . . . $ 803.05

    _____ . . . . . . . . . . $_____

    _____ . . . . . . . . . . $_____

LIEN SEARCHES:

    Prothonotary, _____ County . . . . $_____

    Recorder of Deeds, _____ County . . . . $_____

    Tax Claim Bureau, _____ County . . . . $_____

TOTAL COSTS TO U. S. GOVERNMENT . . . . . . . . . . $ 1,422.11

Proceeds of sale less costs to USDA-Rural Development $ 20,077.89

AMOUNT BID BY:

    John Orlowsky

    R.D. 6, Box 6162

    Moscow, PA  18444 . . . . . . . . $ 21,500.00

*(signature)*
WALTER D. SOKOLOWSKI
U.S. MARSHAL   M PA