RECEIVED
USMS, MIDDLE/PA
2001 AUG 13 AM 9:13

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>JOSEPH P. LAGGAN, JR. and<br>HAZEL I. LAGGAN,<br>Defendants. | No. 1:CV-00-1262<br>(Kane, J.) |

**FILED
SCRANTON**

AUG 1 0 2001

PER _____
DEPUTY CLERK

### WRIT OF EXECUTION

TO:  The United States Marshal of Said District:

To satisfy the judgment, interest and costs in the above matter, you are directed to levy upon and sell the following described property:

### SEE ATTACHED DESCRIPTION

to collect the sum of $45,494.81, principal and advances; $9,376.60, interest through August 31, 1999;  plus Interest Credit Subject to Recapture in the amount of $32,649.74;  plus interest accruing from August 31, 1999 at the daily rate of $11.7342 to the date of judgment;  plus interest from the date of judgment at the legal rate, until paid in full, together with costs of processing and handling Defendants' claim pursuant to the provisions of 31 U.S.C. § 3717(e)(1) in the sum of $150.00, $89.00, Marshal costs of service, and for foreclosure and sale of the mortgaged premises located at R.R. 9, Box 9216, Moscow, Pennsylvania 18444.

MARY E. D'ANDREA
Clerk of Courts

By: _____
Deputy Clerk

DATE OF JUDGMENT: 6/8/01

on the reverse of this form.

| | |
|---|---|
| UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:CV-00-1262 |
| JOSEPH P. LAGGAN, JR., and HAZEL I. LAGGAN | TYPE OF PROCESS<br>Writ of Execution |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

HAZEL I. LAGGAN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

R.R. #9, Box 9216, Moscow, PA 18444

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Karen M. Musloski
Paralegal Specialist
311 Federal Building
Scranton, PA 18501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                     Fold

PERSONAL SERVICE REQUESTED

Signature of Attorney or other Originator requesting service on behalf of:

Karen M. Musloski, Paralegal Specialist

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 570-348-2800
DATE: 8/17/01

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | No. 67 | No. 67 | Q. Lavelle | 11/4/02 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Joseph Laggan, husband

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 01/15/02    Time: 9:10 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | ∅ | ∅ | $45.00 | | | |

REMARKS: 1 DUSM (PA); see posting for mileage; START 8:30A END 9:30

See instructions
on the reverse of this form.

| | |
|---|---|
| UNITED STATES OF AMERICA | **COURT CASE NUMBER**<br>1:CV-00-1262 |
| JOSEPH P. LAGGAN, JR. and HAZEL I. LAGGAN | **TYPE OF PROCESS**<br>Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JOSEPH P. LAGGAN, JR.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** R.R. #9, Box 9216, Moscow, PA 18444

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Karen M. Musloski
Paralegal Specialist
311 Federal Building
Scranton, PA 18501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL SERVICE REQUESTED

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Karen M. Musloski, Paralegal Specialist

TELEPHONE NUMBER: 570-348-2800   DATE: 8/17/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk — Q. Lanelle | Date 1/14/02 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

FILED
SCRANTON
MAR - 7 2002

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 01/15/02   Time: 9:10 pm

Signature of U.S. Marshal or Deputy
Sharon Hannis

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | ∅ | ∅ | $45.00 | | |

REMARKS: 1 DUSM (SH); See posting for mileage; START 8:30A END 9:13

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/8)

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| THE UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:CV-00-1262 |
| DEFENDANT<br>JOSEPH P. LAGGAN, JR. and HAZEL I. LAGGAN | TYPE OF PROCESS<br>Posting of Property |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

POST PROPERTY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

R.R. 9, BOX 9216, MOSCOW, PA  18444

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KAREN M. MUSLOSKI
Paralegal Specialist
311 Federal Building
Scranton, PA  18501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Post on or before 2/1/02
Rt 502 Between Bill's Market + Rt 307; across the street from Edwards used cars.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Karen M. Musloski, Paralegal Specialist

TELEPHONE NUMBER: 570-348-2800    DATE: 8/17/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date
 | No. 67 | No. 67 | G Lanelle | 1/14/02

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)     FILED

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 01/15/02    Time: 9:10 pm
Signature of U.S. Marshal or Deputy
Sharon Hannis

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $9.30 | 0 | $54.30 | | | |

REMARKS: 1 DUSM(SH); 15 M one way; START 8:30 END 9:30 pm

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

| | |
|---|---|
| DEFENDANT USA  *Langan* | COURT CASE NUMBER CV-00-1262 |
| | TYPE OF PROCESS *Advertising* |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Scranton Times*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT *Penn Ave., Scranton, PA*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. *67* | District to Serve No. *67* | Signature of Authorized USMS Deputy or Clerk *Q. Lavelle* | Date *2/8/02*

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

FILED
SCRANTON

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service *2/22/02* | Time am/pm

Signature of U.S. Marshal or Deputy *Q. Lavelle*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges *803.00* | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: *Ad run dates February 8, 15 & 22, 02*

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

| | |
|---|---|
| | **COURT CASE NUMBER** <br> 1:CV-00-1262 |
| ...GGAN and HAZEL I. LAGGAN | **TYPE OF PROCESS** <br> NOTICE TO LIENHOLDERS |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SEND CERTIFIED (See below)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph P. Laggan
   RR 9, Box 9216
   Moscow, PA 18444

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Joseph Laggan
B. Date of Delivery: 2-1-02
C. Signature: X _Laggan_  ☐ Agent  ☐ Addressee
D. Is delivery address different from Item 1? ☐ Yes ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7001 1940 0006 2789 4970

PS Form 3811, July 1999  Domestic Return Receipt   CV-00-1262   102595-00-M-0952

PS Form 3811, July 1999

..., July 1999
Domestic Return Receipt   _Laggan_   102595-00-M-0952

2. Article Number (Copy from service label)
   7001 1940 0006 2789 4987    CV-00-1262
PS Form 3811, July 1999  Domestic Return Receipt   102595-00-M-0952

   7001 1940 0006 2789 5007
PS Form 3811, July 1999  Domestic Return Receipt   102595-00-M-0952

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

...de Business and Alternate Addresses, All                Fold

...UREAU;
...ER AUTHORITY

| TELEPHONE NUMBER | DATE |
|---|---|
| (570) 348-2800 | 1/29/02 |

WRITE BELOW THIS LINE

...y Clerk                      Date
_Lavelle_                       1/31/02

"Remarks", the process described shown at the address inserted below.

Name and title of individual served (if not shown above)

FILED
SCRANTON

MAR - 7 2002

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time |
|---|---|
| 1-31-02 | am / pm |

Signature of U.S. Marshal or Deputy
_G. Lavelle_

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 x5 | | | $40.00 | | | |

REMARKS:

---

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285

| | |
|---|---|
| USA | COURT CASE NUMBER<br>CV-00-1262 |
| DEFENDANT<br>(or) Laggan | TYPE OF PROCESS<br>Sale |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
RR#9, Box 9216, Moscow, PA 18444

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Sale - March 5, 2002   10:00 AM

Bid $1,800.00

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>Andrea Lavelle | Date 2/27/02 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

FILED
MAR - ? 2002
PER

| Date of Service | Time | am/pm |
|---|---|---|
| 03-05-02 | 1000 | am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| #90 | $8.76 | | 98.76 | | | |

REMARKS:
2 DUSM (24 miles) 24 mi 36½
9:30 AM - 10:40 AM
Sale - Orlowsky, John / $21,500.00

RD 6
Box 6162
Moscow, PA 18444
570-842-1361

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

NOTICE OF U.S. MARSHAL'S SALE
(Real Estate)



# United States of America

__Middle__ DISTRICT OF __Pennsylvania__  } ss:

Public notice is hereby given, that by virtue of a writ of execution (or Fieri Facias), dated __August 10__, A.D. 19 __01__, issued out of the __District__ Court, of the United States for the __Middle__ District of __Pennsylvania__ on a judgment rendered in said Court, on the __8th__ day of __June__, A.D. 19 __2001__ in favor of __United States of America__ and against __Joseph P. Laggan, Jr. and Hazel I. Laggan__ I have, on this __1st__ day of __February__, A.D. 19 __02__, levied upon the following described real estate, situated in the County/Parish of __Lackawanna__ and State of __Pennsylvania__, to wit: __see attached description__

I will, accordingly, offer said real estate for sale, at public auction to the highest and best bidder, for cash (or certified check), on the __5th__ day of __March__, A.D. __2002__ at __10:00__ o'clock __A.__ M., at __R. R. 9, Box 9216, Moscow, PA 18444__

subject to the following terms and conditions: __Ten percent down at the time of sale; balance due within 60 days. Failure to tender the balance of the purchase price in a timely fashion will result in the forfeiture of the deposit. Purchaser is responsible for any and all stamps and transfer taxes required by any taxing authority. Property taxes are vouchered for payment up to the date of sale. Sale will be held on the premises described in the attached property description. Notice to all parties in interest and claimants. A Schedule of Distribution of Sale will be filed by the U.S. Marshal with the Clerk of Court, Scranton, PA by March 19, 2002. Any claims or exceptions to said distribution must be filed within ten days thereafter.__

Dated, __Scranton__, __Pennsylvania__, __November 19__, A.D. 19 __2001__
         (Day)              (Month)                (Date)

_Walter D. Sokolowski_
WALTER D. SOKOLOWSKI    U.S. Marshal.

_Plaintiff's Attorney._

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

By _____
                        Deputy.

Prior editions are obsolete and not to be used

Form USM-176
(Rev. 2/10/83)
GPO 898-415

Daleville to Moosic and the property line of David Fell; thence along the property line of David Fell on a course North One (1) degree East five hundred twenty-five and eighty-two one hundredths (525.82) feet to an iron pin; thence on a course South forty-two (42) degrees East; Four hundred ninety-four and twenty one hundredths (494.20) feet to a point on the Center Line of the Daleville-Moosic Highway; thence along the Center Line of the above mentioned Highway, in a South-westerly direction, three hundred seventy-five (375.00) feet to the point of beginning. Containing two (2) acres more, or less.

Subject to the same conditions, covenants, exceptions, easements and reservations as are contained in deeds forming the chain of title.

Being the same premises conveyed to the mortgagers herein by John C. Uhl, Executor of the Last Will and Testament of Thomas G. Hofmeister, et al., by deed intended to be recorded prior to the recordation of this mortgage.

USA vs Laggan, Joseph & Hazel

1:CV-00-1262

AGFM