

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                    :
                    Plaintiff,      :

                             :      1:CV-00-1262
     V.                                          :
                             :      (Kane, J.)

JOSEPH P. LAGGAN, JR. and                    :
HAZEL I. LAGGAN,                             :
                 Defendants.      :

Judgment having been entered in the above-entitled action on the 8th day of June, 2001, against JOSEPH P. LAGGAN and HAZEL I. LAGGAN, a Writ of Execution having been issued on the 10th day of August, 2001, and the property having been sold on the 5th day of March, 2002, the Clerk is requested to tax the following Bill of Costs relating to the sale of that property:

### BILL OF COSTS

(Filed in accordance with Rule 69(a) F.R.C.P.
and Rule 3138(a) Pa. R.C.P.)

United States Attorney, costs:

| | | |
|---|---|---|
| Docket Fee-------------------------------- | $ | 150.00 |
| Filing Judgment, local courts--------------- | $ | 26.00 |
| Bringdown Search--------------------------- | $ | 140.00 |

United States Marshal, costs:

| | | |
|---|---|---|
| Notice of Sale----------------------------- | $ | 20.00 |
| Service of Summons and Complaint------ | $ | 0.00 |
| Service of Writ of Execution and Posting- | $ | 144.30 |
| Costs for Selling Property (Mileage)-------- | $ | 98.76 |
| Notice to Lienholders----------------------- | $ | 40.00 |

Advertising:

| | | |
|---|---|---|
| The Scranton Times<br>2/8/02, 2/15/02 & 2/22/02 | $ | 803.05 |

Lien Searches:

| | | |
|---|---|---|
| Prothonotary, Lackawanna County | $ | 0.00 |
| Recorder of Deeds, Lackawanna Cty | $ | 0.00 |
| Tax Claim Bureau, Lackawanna Cty | $ | 0.00 |

TOTAL COSTS----------- **$1,422.11**

State of Pennsylvania )
County of Lackawanna ) ss

    I, J. JUSTIN BLEWITT, JR., do hereby swear that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed to:

Joseph P. Laggan, Jr. and Hazel I. Laggan
R.R. #9, Box 9216, Moscow, PA 18444

with postage fully prepaid thereon.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of March, 2002.

J. JUSTIN BLEWITT, JR.,
Assistant U.S. Attorney
309 Federal Building
Scranton, PA 18501

Karen M. Musloski
Paralegal Specialist
Financial Litigation Unit