

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
      Plaintiff, :
: Civil Action 1:CV-00-1262
Vs. : (Judge Kane)
:
JOSEPH P. LAGGAN, JR. and :
HAZEL I. LAGGAN, :
:
      Defendants, :

FILED
SCRANTON

APR 2 2002

PER _____ GLM _____
      DEPUTY CLERK

## JUDGMENT

Pursuant to the Judgment entered June 8, 2001, and the provisions of Rule 54(d)(1), Federal Rules of Civil Procedure, costs are hereby taxed against <u>Joseph P. Laggan, Jr. and Hazel I. Laggan,</u> and in favor of the United States Attorney in the amount of $1,422.11.

ATTEST:

_Mary E. D'Andrea_
MARY E. D'ANDREA
Clerk of Court